IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD LANE                                                                PLAINTIFF

v.                              No. 3:23-cv-70-DPM

KRISTY GARDNER, Parole
Officer, Trumann;  BJ CARTER,
Deputy, Poinsett County; JACK
BELL, Judge, Jonesboro                                                  DEFENDANTS

## JUDGMENT

Lane's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 November 2023